## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

GREGORY JONES,

    Petitioner,

vs.                                                   CASE NO. 5:03cv238-RS

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Document 28). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed with prejudice, and the clerk is directed to enter judgment accordingly.

ORDERED on April 18, 2006.

                                                          /S/ Richard Smoak
                                                          **RICHARD SMOAK**
                                                          **UNITED STATES DISTRICT JUDGE**